IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| RALCORP HOLDINGS, INC., a Missouri corporation, and MEDALLION FOODS, INC., an Arkansas corporation | PLAINTIFFS |
| v.   No. 1:12-CV-18 JLH | |
| FRITO-LAY NORTH AMERICA, INC., a Delaware corporation | DEFENDANT |

## ORDER

Upon motion of local counsel for defendant (Document 8), IT IS ORDERED that Timothy S. Durst, tim.durst@bakerbotts.com, Susan Cannon Kennedy, susan.kennedy@bakerbotts.com, and Jonathan R. Mureen, jon.mureen@bakerbotts.com, with the law firm of Baker Botts L.L.P., 2001 Ross Avenue, Suite 600, Dallas, Texas 75201, (214) 953-6500, are admitted *pro hac vice* to the bar of this Court for the limited purpose of participating in this case.

_____
UNITED STATES DISTRICT JUDGE

Date: __February 21, 2012__

SUBMITTED BY:

SHULTS, BROWN & PERKINS, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
(501) 375-2301

By:   /s/ Steven Shults
      Steven Shults
      Ark. Bar No. 78139

      John Perkins
      Ark. Bar No. 2005252

*Attorneys for Defendant, Frito-Lay North America, Inc., a Delaware corporation*