**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| RALCORP HOLDINGS, INC., a Missouri corporation; and MEDALLION FOODS, INC., an Arkansas corporation | PLAINTIFF |
| v.   No. 1:12CV00018 JLH | |
| FRITO-LAY NORTH AMERICA, INC., a Delaware corporation | DEFENDANT |

**ORDER**

The motion for admission *pro hac vice* of David W. Harlan, Jennifer E. Hoekel, and Zachary C. Howenstine is GRANTED.  Document #10.  David W. Harlan, Jennifer E. Hoekel, and Zachary C. Howenstine are hereby admitted to appear before this Court as co-counsel for the plaintiffs in this action.

IT IS SO ORDERED this 23rd day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE