**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

RALCORP HOLDINGS, INC.,                                         PLAINTIFFS
a Missouri corporation; and
MEDALLION FOODS, INC., an
Arkansas corporation

v.                          No. 1:12CV00018 JLH

FRITO-LAY NORTH AMERICA, INC.,
a Delaware corporation                                         DEFENDANT

## ORDER

KEVIN A. CRASS, JAMIE HUFFMAN JONES, DAVID W. HARLAN, and MARK

HOSTETLER, counsel for plaintiff in this matter, are hereby authorized to bring a cell phone, laptop

computer, or personal digital assistant into the courthouse in Little Rock, Arkansas, on Monday,

March 19, 2012, subject to the following rules:

   (a)     The devices mentioned above may not be used to record, photograph, or film anyone

           or anything inside the courthouse.

   (b)     Cell phones must be turned off and put away when in the courtroom.

   (c)     Wireless internet components of electronic devices must be deactivated when in

           district courtrooms.

   (d)     Before persons with electronic devices are granted entry into the courthouse, all

           devices must be examined by the United States Marshals Service or Court Security

           Personnel.  This examination includes, but is not limited to placing the device through

           electronic screening machines and requiring the person possessing the device to turn

           the power to the device off and on.

(e)     The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 19th day of March, 2012.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE