## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| RALCORP HOLDINGS, INC., a Missouri corporation; and MEDALLION FOODS, INC., an Arkansas corporation | PLAINTIFFS |
| v.   No. 1:12CV00018 JLH | |
| FRITO-LAY NORTH AMERICA, INC., a Delaware corporation | DEFENDANT |

### ORDER

On March 20, 2012, this Court entered an Order denying the motion by Ralcorp Holdings, Inc., and Medallion Foods, Inc., to enjoin Frito-Lay North America, Inc., from proceeding with parallel litigation in the Eastern District of Texas. The Court granted in part and denied in part the motion by Frito-Lay to dismiss this action. The Court stayed this action pending a decision from the Eastern District of Texas on the issue of whether Ralcorp and Medallion are subject to that court's jurisdiction and on the issue of whether that court is the appropriate venue. The Eastern District of Texas has now ruled that Ralcorp and Medallion are subject to its jurisdiction and that venue is proper there. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 4th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE