IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RALCORP HOLDINGS, INC.,     PLAINTIFFS
a Missouri corporation; and
MEDALLION FOODS, INC., an
Arkansas corporation

v.     No. 1:12CV00018 JLH

FRITO-LAY NORTH AMERICA, INC.,
a Delaware corporation     DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 4th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE